AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the
Eastern District of Virginia
Newport News Division

ORIGINAL

SEALED

United States of America
v.
MICHAEL JOHN WANNBERG
*Defendant*

Case No. 4:26mj 69

RECEIVED
UNITED STATES MARSHAL
2026 SEP 26 OCT 4 5 PM 2:01
EASTERN DISTRICT OF VIRGINIA
NORFOLK

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* MICHAEL JOHN WANNBERG who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Transportation of Child Pornography, in violation of 18 U.S.C. § 2252A(a)(1)

Date: Oct. 5, 2026

Robert J. Krask
*Issuing officer's signature*

City and state: Norfolk, Virginia

Robert J. Krask, United States Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 10-5-2026, and the person was arrested on *(date)* 10-6-2026 at *(city and state)* Newport News, VA.

Date: 10-6-2026

[signature]
*Arresting officer's signature*

Heather Call Task Force Officer
*Printed name and title*