**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

UNITED STATES OF AMERICA,

v. Action No. 4:26mj69

MICHAEL JOHN WANNBERG,

Defendant.

# ORDER

The defendant appeared for a detention and preliminary hearing in this matter on October 9, 2026. At that time, the defendant freely and voluntarily waived his right to an immediate detention hearing as set forth in 18 U.S.C. § 3142(f).[1] The Court advised the defendant that if he later requested a detention hearing, one would be provided within the procedural requirements of 18 U.S.C. § 3142. *See United States v. Clark*, 865 F.2d 1433, 1437 (4th Cir. 1989) (*en banc*).

Therefore, the defendant is **ORDERED** detained pending trial.

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

[1] Upon review of the complaint and affidavit, the Court determined that probable cause exists to charge the defendant with the crime charged in the complaint.

The Clerk is **DIRECTED** to mail or deliver a copy of this order to the United States Marshal's Service, the United States Probation Office, and counsel of record.

**IT IS SO ORDERED.**

/s/
Robert J. Krask
United States Magistrate Judge

Norfolk, Virginia
October 9, 2026